HWC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG -6 AM 10: 42
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Magistrate Docket No. |
| | ) |
| Plaintiff, | ) '08 MJ 2 4 3 7 |
| | ) |
| v. | ) COMPLAINT FOR VIOLATION OF: |
| | ) |
| Jorge ROSAS-Ayueros, | ) Title 8, U.S.C., Section 1326 |
| | ) Deported Alien Found in the |
| | ) United States |
| | ) |
| Defendant | ) |
| | ) |

The undersigned complainant, being duly sworn, states:

On or about **August 4, 2008** within the Southern District of California, defendant, **Jorge ROSAS-Ayueros,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 6th DAY OF AUGUST, 2008

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jorge ROSAS-Ayueros**

### PROBABLE CAUSE STATEMENT

On August 4, 2008, Border Patrol Agent L. Fonseca, was performing line-watch duties in the Imperial Beach Border Patrol Station area of responsibility. At approximately 9:30 p.m., Agent Fonseca was advised of a sensor activation in an area Northwest of the San Ysidro, California Port of Entry.

Agent B. Audette who was operating an infrared scope, advised Agent Fonseca of an individual running north. Agent Fonseca responded to the area and after a brief search found an individual attempting to conceal himself in some brush. Agent Fonseca identified himself as a Border Patrol agent then performed an immigration inspection. The individual later identified as the defendant **Jorge ROSAS-Ayueros**, admitted to being a citizen and national of Mexico not in possession of any immigration documents that would allow him to legally enter or remain in the United States. Agent Fonseca placed **ROSAS** under arrest and transported him to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **April 5, 2008** through **Hidalgo, Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights, stated he understood his rights, and was willing to make a statement and answer questions without the presence of an attorney. The defendant also admitted again to being a citizen and national of Mexico, illegally present in the United States. He also stated his intended destination was Los Angeles, California.