AO 455(Rev. 5/85) Waiver of Indictment

FILED
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JORGE ROSAS-AYUEROS | CASE NUMBER: 08cr2984-BEN |

I, <u>JORGE ROSAS-AYUEROS</u>, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9/4/2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jorge Rosas Aguero_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer